

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### OFFICE OF THE CLERK

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-492-4020



November 19, 2010

United States District Court
Southern District of Illinois
Melvin Price Federal Building
750 Missouri Avenue, Room 104
East St. Louis, IL 62201

Dear Clerk:

On November 19, 2010, an order by the Honorable David R. Herndon, US District Judge, was entered transferring the above-mentioned case from this District Court to the US District Court, Southern District of Illinois.

Enclosed is a certified copy of the docket sheet. This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is: xxxxxxxxx, and the password is xxxxxxxx. **This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.** You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,
PAMELA E. ROBINSON, CLERK

By    s/ M. Eddings
      Deputy Clerk

RECEIPTED ACKNOWLEDGED ON: ___11-29-10___

By: __Tamma Baugh__          CASE NO. _10- 30215 -DRH_